IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 25-cr-10383-NMG |
| ) | |
| ERIC L. BROWN ) | |
| ) | |
| Defendant ) | |

## GOVERNMENT'S MOTION TO SEAL INDICTMENT

The United States Attorney hereby respectfully moves the Court to seal the indictment, this motion and the Court's order on this motion, until the arrest of the defendant. As grounds for this motion, the government states that public disclosure of these materials might jeopardize the ongoing investigation of this case, as well as the government's ability to arrest the defendant.

The United States Attorney further moves pursuant to General Order 06-05 that the United States Attorney be provided copies of all sealed documents that the United States Attorney has filed in the above-styled matter.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By: /s/ Seth B. Kosto
SETH B. KOSTO
Assistant U.S. Attorney

Date: 1/6/2026

Jan 6, 2026
allowed
David H. Hennessy
US Magistrate Judge