**United States District Court**

**District of Massachusetts**

| | |
|---|---|
| **United States of America**<br><br>**v.**<br><br>**Eric L. Brown,**<br><br>**Defendant.** | **Criminal Action No. 25-10383-NMG** |

## Verdict Form

**WE, THE JURY, UNANIMOUSLY FIND:**

**On Count 1,** the charge of wire fraud in violation of 18 United States Code § 1343, (with respect to Keith Brown) defendant, Eric Brown:

NOT GUILTY ________ GUILTY ___X___

**On Count 2,** the charge of wire fraud in violation of 18 United States Code § 1343, (with respect to Jaynah Jimenez) defendant, Eric Brown:

NOT GUILTY ________ GUILTY ___X___

**On Count 3,** the charge of engaging in an unlawful monetary transaction, in violation of 18 United States Code § 1957, defendant, Eric Brown:

NOT GUILTY ______ GUILTY __X__

**On Count 4,** the charge of making a false statement for the purpose of influencing the action of a financial institution, in violation of 18 United States Code § 1014, defendant, Eric Brown:

NOT GUILTY ______ GUILTY __X__

**YOUR DELIBERATIONS ARE COMPLETE. THE FOREPERSON WILL SIGN THE VERDICT FORM AND NOTIFY THE MARSHAL IN WRITING THAT THE JURY HAS COME TO A DECISION WITHOUT REVEALING THE VERDICT TO THE MARSHAL. THE JURY WILL THEN BE INVITED TO THE COURTROOM TO RETURN ITS VERDICT.**

Dated: 11-16-2026 Jury Foreperson: [signature]