For Elment two that states "that he knew the funds came from some criminal offense," how should we understand "criminal offense"? Does this mean he needs to know that the ~~money~~ way the money was obtained was specifically a crime?

Judge,

We have reached a unanimous verdict on all four counts

Deal